# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Harold Patterson, | C/A No.: 1:19-3165-RMG-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Andrew Saul, Commissioner of Social Security, | |
| Defendant. | |

Defendant, Andrew Saul, Commissioner of Social Security ("Commissioner"), by his attorneys, Peter M. McCoy, Jr., United States Attorney for the District of South Carolina, and Marshall Prince, Assistant United States Attorney for said district, has moved this court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. [ECF No. 11]. The motion represents that Plaintiff's counsel, Paul Townsend McChesney, consents to the motion. *Id.*

By order of the court, this case is remanded for assignment to a different Administrative Law Judge with an opportunity for Plaintiff to have a new hearing and new decision issued.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the

Commissioner's request for remand of this action for further proceedings, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). The Clerk of Court is directed to enter a separate judgment pursuant to the Fed. R. Civ. P. 58.

    IT IS SO ORDERED.

July 17, 2020  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge